**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| HOUSTON EMERGENCY AUTO RESCUE & TRUCKING, LLC, HOUSTON ARMADA, INC., DFW ARMADA, INC., ARQ ENTERPRISES, INC., RIDGEWAY TOWING INCORPORATED, AND UNITED TOWING & TRANSPORT DALLAS, INC. | § § § § § § § § § § | |
| Defendants. | § § | |

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants Houston Armada, Inc., DFW Armada, Inc., ARQ Enterprises, Inc., and Ridgeway Towing Incorporated (the "Armada Defendants") file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully show the Court as follows:

**I. INTRODUCTION**

Plaintiff New York Marine and General Insurance Company ("NYMGIC") filed this civil action on April 24, 2026, in the 127th Judicial District Court of Harris County, Texas, styled *New York Marine and General Insurance Company v. Houston Emergency Auto Rescue & Trucking, LLC, et al.*, Cause No. 2026-27559 ("the State Court Action"). Defendants remove the State Court Action to this Court based on diversity jurisdiction.

1

**II. GROUNDS FOR REMOVAL**

**A.  Diversity Jurisdiction Exists (28 U.S.C. § 1332)**

1.  <u>Complete Diversity</u>.

(a) On information and belief, Plaintiff NYMGIC is a corporation organized under the laws of New York with its principal place of business located at 412 Mt. Kemble Avenue, Suite 300C, Morristown, New Jersey 07960.

(b) The Armada Defendants are corporations organized under the laws of the State of Texas with principal places of business in Texas. On information and belief, Defendant Houston Emergency Auto Rescue & Trucking, LLC is a Texas limited liability company with its principal place of business located at 619 W. 27th Street, Houston, Texas 77008, and Defendant United Towing & Transport Dallas, Inc. is a corporation organized under the laws of Texas with a principal place of business located at 2521 Oakland Ave., Garland, Texas 75041. All defendants are therefore citizens of Texas for purposes of 28 U.S.C. § 1332(c).

2. <u>Amount in Controversy</u>. Plaintiff seeks damages exceeding $75,000, exclusive of interest and costs. The amount-in-controversy requirement is satisfied.

**B. Removal Is Timely (28 U.S.C. § 1446(b))**

3. <u>No Defendant Has Been Served</u>. As of the filing of this Notice, the state-court docket reflects that service has not been effected on any Defendant. Removal is therefore timely under 28 U.S.C. § 1446(b).

**C. Venue Is Proper in The Southern District (28 U.S.C. § 1441(a))**

4. <u>Venue in this District</u>. The State Court Action was filed in Harris County, Texas, which lies within the Southern District of Texas, Houston Division. Venue is therefore proper.

### III. PROCEDURAL REQUIREMENTS

5. <u>State-Court Pleadings Attached</u>. Pursuant to 28 U.S.C. § 1446(a), a copy of each filing appearing on the state-court docket is attached as Exhibit A.

6. <u>Notice to State Court and Adverse Parties</u>. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the clerk of the 127th Judicial District Court of Harris County, Texas, and will provide written notice to Plaintiff's counsel.

### IV. CONCLUSION

Defendants respectfully remove this action to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

/s/ Alex Mabry
Alex Mabry
Attorney-in-charge for
the Armada Defendants

SBN No. 00792043
Federal ID No. 23479
9320 Emnora Ln #430352
Houston, TX 77080-4426
T: 713-705-3557
E: amabry@mabrylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I served a true and correct copy of the foregoing Notice of Removal on counsel for Plaintiff by email, and I filed a copy with the clerk of the 127th Judicial District Court of Harris County, Texas, pursuant to 28 U.S.C. § 1446(d).

/s/ Alex Mabry
Alex Mabry